The Honorable J. Richard Creatura

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRISHA YORK, a Washington resident<br><br>Plaintiff,<br><br>vs.<br><br>MGP X Aurora, LLC, a foreign corporation<br><br>Defendant. | NO. 2:20-cv-00431-JRC<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT COURT ORDER [FRCP 41(a)(1)(A)(i)]** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Plaintiff Trisha York, through her undersigned counsel, states that a settlement agreement has been reached between the Parties, and Defendant has not served an answer or a motion for summary judgment. As a result, Plaintiff gives notice that the above-entitled action is voluntarily dismissed, with prejudice, in accordance with Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, each party to bear his, her, or its own costs.

DATED this 6th day of August, 2020

PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT COURT ORDER [FRCP 41(a)(1)(A)(i)]
NO. 2:20-cv-00431-JRC

Page 1 of 3

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

WASHINGTON CIVIL & DISABILITY ADVOCATE

<u>s/Conrad Reynoldson</u>
Conrad A. Reynoldson, WSBA # 48187
Washington Civil & Disability Advocate
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 876-8515
conrad@wacda.com
*Attorney for Plaintiff Trisha York*

PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT COURT ORDER [FRCP 41(a)(1)(A)(i)]
NO. 2:20-cv-00431-JRC

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington and the United States that on August 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 6th day of August, 2020

*Rachel Pollard*
Rachel Pollard, Legal Intern

PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT COURT ORDER [FRCP 41(a)(1)(A)(i)]
NO. 2:20-cv-00431-JRC

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

Page 3 of 3